IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gayles, Walter Jerry | Case Number: 07 B 07429 |
|---|---|
| | Judge: Squires, John H |
| Printed: 5/27/08 | Filed: 4/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 16, 2008
Confirmed: June 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 714.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 675.44 |
| Trustee Fee: |  | 38.56 |
| Other Funds: |  | 0.00 |
| Totals: | 714.00 | 714.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 675.44 |
| 2. | Asset Acceptance | Unsecured | 29.89 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 361.00 | 0.00 |
| 4. | University of Illinois | Unsecured | | No Claim Filed |
| 5. | American Collection Corp | Unsecured | | No Claim Filed |
| 6. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 7. | Harris Bank | Unsecured | | No Claim Filed |
| 8. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 9. | Social Security Administration | Unsecured | | No Claim Filed |
| 10. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 11. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 12. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 2,854.89 | $ 675.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.56 |
| | $ 38.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gayles, Walter Jerry | Case Number:  07 B 07429 |
| | Judge:  Squires, John H |
| Printed:  5/27/08 | Filed:  4/25/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

